IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLSIDE DAIRY, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>A.G. KAWAMURA, Secretary, California Department of Food & Agriculture, et al.,<br><br>        Defendants. | CIV-S-97-1179 GEB JFM<br><br>**STIPULATION AND ORDER** |
| PONDEROSA DAIRY, et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>A.G. KAWAMURA, Secretary, California Department of Food & Agriculture, et al.,<br><br>        Defendants. | CIV-S-97-1185 GEB JFM |

## **RECITALS**

WHEREAS, on May 11, 2004, Summary Judgment was Granted in favor of Plaintiffs;

WHEREAS, on May 11, 2004, Judgment was entered pursuant to the Order Granting Plaintiffs Summary Judgment ("Judgment");

WHEREAS, Plaintiffs' Amended Motion for Attorneys' Fees and Costs ("Motion") was submitted on September 27, 2004;

WHEREAS, in the Motion, Plaintiffs stated: "Plaintiffs will submit a supplemental declaration to include their attorneys' fees expended in seeking fees as well as any other adjustment necessary to the total fee request";

WHEREAS, on August 13, 2004, the Parties Stipulated that "Plaintiffs will have to file yet at least one more supplemental declaration regarding the amount and nature of fees associated with the motion to stay, as well as preparing their reply in support of the Motion, and preparing for the September 27, 2004 hearing on the Motion";

WHEREAS, the Parties Stipulated and the Court Ordered on August 16, 2004, that Plaintiffs were permitted to submit — 30 days after the Court Grants the Motion — their First Supplemental Fee Request respecting those fees not included in the original Motion;

WHEREAS, on December 9, 2004, the Court entered its Order Granting Plaintiffs' Motion;

WHEREAS, Defendants filed a Notice of Appeal of the May 11, 2004 Judgment;

WHEREAS, the parties met with the Ninth Circuit Mediator on December 17, 2004.  At the end of the meeting the parties agreed to continue the mediation process by phone and in person during the next several weeks and in order to conserve judicial and party resources the parties jointly requested that the filing of Plaintiffs' First Supplemental Fee Request be postponed to March 30, 2005 and the Court granted their request on December 22, 2004;

WHEREAS, the parties had another in-person meeting with the Ninth Circuit Mediator on February 7, 2005.  At the end of that meeting the parties agreed to continue the mediation process, which has involved further discussions.  In order to conserve judicial and party resources the

parties jointly requested that the filing of Plaintiffs' First Supplemental Fee Request be postponed to June 10, 2005 and this Court granted that request;

WHEREAS, the parties continue to engage in the mediation process and expect these discussions will continue into June. In order to conserve judicial and party resources, therefore, the parties again jointly request that the filing of Plaintiffs' First Supplemental Fee Request be postponed to August 31, 2005;

WHEREAS, by entering into this Stipulation, Plaintiffs' do not waive the right to file their First Supplemental Fee Request, and further supplemental materials should they be necessary, and Defendants do not waive their right to oppose any such request;

WHEREAS, this Stipulation is expressly conditioned upon and dependent upon the Court signing and entering this Stipulation as an Order; and

THEREFORE:

### **STIPULATION & ORDER**

Plaintiffs are permitted to file their First Supplemental Fee Request on or before August 31, 2005; and

THEREFORE:

**IT IS SO STIPULATED.**

Dated: May 16, 2005

                                    Bill Lockyer
                        Attorney General of the State of California

By:     /s/ Linda Berg
                      LINDA BERG
                Deputy Attorney General
                Attorneys for Defendants
      California Secretary of Food & Agriculture, *et al*.

1  Dated: May 16, 2005

2                                    Thelen Reid & Priest LLP

3

4                      By:       /s/ Patrick M. Ryan
                                  PATRICK M. RYAN

5                                  Attorneys for Plaintiffs
                         Hillside Dairy, Inc., *et al.* (No. 97-1179)

6  Dated: May 16, 2005

                               Law Offices of John H. Vetne

7

8                      By:       /s/ John H. Vetne
                                  JOHN H. VETNE

9                                  Attorneys for Plaintiffs
                         Ponderosa Dairy, *et al.* (No. 97-1185)

10

11      I, Patrick M. Ryan, hereby attest that I have obtained the authorization of the attorney

12  signatories to this document to electronically sign on their behalf.

13  Dated: May 16, 2005

                                Thelen Reid & Priest LLP

14

15

16                      By:       /s/ Patrick M. Ryan
                                  PATRICK M. RYAN
                                Attorneys for Plaintiffs

17                           Hillside Dairy, Inc., *et al.* (No. 97-1179)

18

19             **AS STIPULATED, IT IS SO ORDERED.**

20  Dated: May 17, 2005

21

22                               `/s/ Garland E. Burrell, Jr.`
                             `GARLAND E. BURRELL, JR.`

23                               `United States District Judge`

24

25

26

27

28